FILED

OCT - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00377 RMW |
| Plaintiff, | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | |
| TINA MARIE DEL TORO, | |
| Defendant. | |

This matter came before the Court for a status hearing on Monday, September 26, 2005. Counsel for the government and the defendant were present. Based on the hearing and at the request of defense counsel, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for effective preparation and investigation and continuity of counsel.

IT IS HEREBY ORDERED that this case is continued to October 24, 2005 at 9:00 a.m. for possible disposition.

IT IS FURTHER ORDERED that the period of time from September 26, 2005 through and including October 24, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 10/5/05

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Case 5:05-cr-00377-RMW   Document 11   Filed 10/05/05   Page 2 of 2

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   JAY RORTY
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2